# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

**FILIPP CHEBOTAREV,**

ORIGINAL

**WARRANT FOR ARREST
ON COMPLAINT**

CASE NUMBER: SA  SACR 08-280

~~SA MJ 08-580~~

TO:    The United States or Marshal or any
Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **FILIPP CHEBOTAREV** and bring him or her forthwith

to the nearest Judge/Magistrate Judge to answer a complaint charging him or her with (brief description of offense):

Trafficking in counterfeit goods and services.

in violation of Title __21__ United States Code, Section(s ) 841(a)(1), 846..

with Bail fixed at: $_____ To Be Set by Duty Judge _____

Date:_____ 10|1408 _____

**ROBERT N. BLOCK**
Name of Judge/Magistrate Judge

Signature of Judge/Magistrate Judge

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant |
| at_____ |

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest | SUBJECT ARRESTED BY FBI | |

AND ARRAIGNED ON ____ /0/16/08 ___ IN THE
CENTRAL DISTRICT
OF CALIF. Santa Ana

CR-95 (7/87)
TKF;lnz

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME:_____

ALIAS:_____

LAST KNOWN RESIDENCE:_____

LAST KNOWN EMPLOYMENT:_____

PLACE OF BIRTH:_____

DATE OF BIRTH:_____

SOCIAL SECURITY NUMBER:_____

HEIGHT:_____WEIGHT_____

SEX:_____RACE:_____

HAIR:_____EYES:_____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:_____

_____

_____

FBI NUMBER_____

COMPLETE DESCRIPTION OF AUTO:_____

_____

INVESTIGATIVE AGENCY AND ADDRESS:_____

_____

_____