THOMAS P. O'BRIEN
United States Attorney
ROBB C. ADKINS
Assistant United States Attorney
Chief, Santa Ana Branch
TERRI K. FLYNN (Cal. Bar No. 204932)
Assistant United States Attorney
      411 West Fourth Street, Suite 8000
      Santa Ana, California 92701
      Telephone: (714) 338-3592
      Facsimile: (714) 338-3561
      E-mail:  Terri.K.Flynn@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>                v.<br><br>FILLIP CHEBOTAREV,<br><br>                Defendant. | ) Case No. SA CR 08-280-JVS<br>)<br>) STIPULATION CONTINUING<br>) SENTENCING HEARING<br>)<br>) New Date: November 23, 2009<br>) New Time: 9:30 a.m.<br>)<br>)<br>)<br>)<br>)<br>) |

     Plaintiff United States of America and defendant FILLIP CHEBOTAREV, by and through his respective attorney of record, H. Dean Steward, hereby stipulate to continue the sentencing hearing from August 24, 2009 at 9:30 a.m. to November 23, 2009 at 9:30 a.m.

Good cause exists for the continuance of this sentencing hearing as stipulated to herein.  Defendant's counsel desires additional time to prepare for sentencing and the above-requested continuance would allow him reasonable time necessary to meet with client and prepare for sentencing.  The government does not object to the requested continuance.

IT IS SO STIPULATED.

                              THOMAS P. O'BRIEN
                              United States Attorney

                              ROBB C. ADKINS
                              Assistant United States Attorney
                              Chief, Santa Ana Office


 8/18/09                       *Terri K. Flynn*
DATE                          TERRI K. FLYNN
                              Assistant United States Attorney
                              Attorneys for Plaintiff
                              United States of America


 8/18/09                       *H. Dean Steward by permission*
DATE                          H. DEAN STEWARD
                              Attorney for Defendant
                              FILLIP CHEBOTAREV

2